MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-3735
E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MAKAYLA M. RUSSELL o/b/o P.R., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 1:24-CV-01356-GSA <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a thirty-two-day extension of time to respond to Plaintiff's Complaint in this case from February 27, 2025, up to and including March 31, 2025. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due to be filed by February 27, 2025.

Defendant previously requested an extension of this deadline. ECF No. 10.

2. Despite working diligently to meet the case deadlines, Defendant needs additional time in the instant case to consult with the client agency to determine the appropriate response.

3. For this reason, I am requesting an extension to March 31, 2025 (32 days), to file an Answer or other response in this matter.

4. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objection to this extension request.

5. This request is made in good faith and is not intended to delay the proceedings in this matter.

6. I am attempting to preserve limited judicial resources and have applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until March 31, 2025, to respond to Plaintiff's Complaint.

///

|   |   |
|---|---|
| | Respectfully submitted, |
| DATE: February 25, 2025 | SACKETT & ASSOCIATES, PC |
| | */s/ Harvey Peter Sackett\** |
| | HARVEY PETER SACKETT |
| | Attorney for Plaintiff |
| | (*as authorized via email on February 25, 2025) |
| | MICHELE BECKWITH |
| | Acting United States Attorney |
| | MATHEW W. PILE |
| | Associate General Counsel |
| | Office of Program Litigation, Office 7 |
| | Social Security Administration |
| DATE: February 25, 2025     By | *s/ Justin L. Martin* |
| | JUSTIN L. MARTIN |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |

ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   **February 25, 2025**

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

Stip. For Ext; 1:24-cv-01356-GSA                              -3-