MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-3735
E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MAKAYLA M. RUSSELL o/b/o P.R., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 1:24-CV-01356-GSA <br><br> STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a thirty-day extension of time to respond to Plaintiff's Complaint in this case from March 31, 2025, up to and including April 30, 2025. In support of this request, the Commissioner respectfully states as follows:

   1.  Defendant's response to Plaintiff's Complaint is due to be filed by March 31, 2025.

Defendant previously requested two extensions of this deadline. ECF Nos. 10 and 12.

2.  Despite working diligently to meet the case deadlines, Defendant needs additional

    time in the instant case to consult with the client agency to determine the appropriate

    response.

3.  For this reason, I am requesting an extension to April 30, 2025 (30 days), to file an

    Answer or other response in this matter.

4.  Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that

    he has no objection to this extension request.

5.  This request is made in good faith and is not intended to delay the proceedings in this

    matter.

6.  I am attempting to preserve limited judicial resources and have applied the most rapid

    response under the circumstances.

WHEREFORE, Defendant requests until April 30, 2025, to respond to Plaintiff's

Complaint.

Respectfully submitted,

DATE: March 25, 2025                    SACKETT & ASSOCIATES, PC


                                        */s/ Harvey Peter Sackett**
                                        HARVEY PETER SACKETT
                                        Attorney for Plaintiff
                                        (*as authorized via email on March 25, 2025)

                                        MICHELE BECKWITH
                                        Acting United States Attorney

                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Office of Program Litigation, Office 7
                                        Social Security Administration


DATE: March 25, 2025          By      *s/ Justin L. Martin*

JUSTIN L. MARTIN
Special Assistant United States Attorney

Attorneys for Defendant


ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:    **March 25, 2025**

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE