HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MAKAYLA M. RUSSELL O/B/O PRISCILLA RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>LELAND DUDEK,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:24-cv-01356-GSA<br><br>STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL OF ACTION |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, that this matter be dismissed without prejudice, each party to bear its own fees, costs,

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL OF ACTION – Case No. 1:24-cv-01356-GSA

and expenses. The parties enter into this stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated:   March 27, 2025              */s/HARVEY P. SACKETT*
                                     HARVEY P. SACKETT
                                     Attorney for Plaintiff
                                     MAKAYLA M. RUSSELL
                                     O/B/O PRISCILLA RUSSELL


                                     MICHELLE BECKWITH
                                     Acting United States Attorney


Dated:   March 27, 2025              */s/JUSTIN L. MARTIN*
                                     JUSTIN L. MARTIN
                                     Special Assistant U.S. Attorney
                                     Social Security Administration
                                     [*As authorized by email 3/27/25]

IT IS SO ORDERED.

   Dated:   **March 28, 2025**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

---

2

STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL OF ACTION – Case No. 1:24-cv-01356-GSA

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755